David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
Nathaniel C. Klein (SBN 244270)
Email: nklein@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants ReconTrust Company, N.A., Countrywide Home Loans, Inc., and BAC Home Loans Servicing, LP (erroneously sued as "Bank of America Home Loans")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO J. GEMPESAW,<br><br>Plaintiffs,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., COUNTRYWIDE HOME LOANS, INC., BAC HOME LOANS SERVICING, LP, AND BANK OF AMERICA HOME LOANS,<br><br>Defendants. | Case No. 11CV0811-LKK (KJN)<br><br>**DEFENDANTS RECONTRUST COMPANY, N.A., COUNTRYWIDE HOME LOANS, INC., AND BAC HOME LOANS SERVICING, LP'S CORPORATE DISCLOSURE STATEMENT**<br><br>Honorable Lawrence K. Karlton |

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR COUNSEL:**

This Corporate Disclosure Statement is filed by defendants ReconTrust Company, N.A. ("ReconTrust"), Countrywide Home Loans, Inc., and BAC Home Loans Servicing, LP (erroneously sued as "Bank of America Home Loans") ("BACHLS") (collectively, "Defendants") in compliance with Federal Rule of Civil Procedure 7.1.  Defendants hereby declare:

1. BACHLS is a limited partnership.  Its general partner (and .1% owner) is BAC GP, LLC.  Its limited partner (and 99.9% owner) is BANA LP, LLC.  Both BAC GP, LLC and BANA LP, LLC are owned 100% by Bank of America, N.A. ("BANA").  BANA is a national bank and is a wholly-owned subsidiary of BANA Holding Corp., which is a wholly-owned subsidiary of BAC North America Holding Company, which is a wholly-owned subsidiary of NB Holdings Corp., which is a wholly-owned subsidiary of Bank of America Corp. ("BAC").  BAC is a publicly-traded corporation on the New York Stock Exchange, does not have a parent company, and no publicly-held company owns 10% or more of its stock.

2. Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Countrywide Financial Corp., which is a wholly owned-subsidiary of BAC.

3. ReconTrust is a wholly-owned subsidiary of BANA.

DATED:  April 19, 2011         REED SMITH LLP

By   */s/ David S. Reidy*
David S. Reidy
Attorneys for Defendants ReconTrust Company, N.A., Countrywide Home Loans, Inc., and BAC Home Loans Servicing, LP (erroneously sued as "Bank of America Home Loans")

REED SMITH LLP
A limited liability partnership formed in the State of Delaware